O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 92-00256 DDP |
| ) Plaintiff, ) | ORDER RE: NINTH CIRCUIT REVERSE AND REMAND |
| v. ) | |
| RODOLFO TRUJILLO, ) | |
| ) Defendant. ) | |

In light of the Ninth Circuit's decision regarding Defendant Rodolfo Trujillo's sentencing, (Docket No. 359), the parties shall submit a joint stipulation indicating whether they can agree to a proposed resolution of the case. The parties shall submit the joint stipulation by Tuesday, September 17, 2013. Should the parties not reach a proposed resolution, the joint stipulation shall indicate what proceedings the parties believe will be necessary to comport with the Ninth Circuit's decision and shall include a schedule for conducting those proceedings.

IT IS SO ORDERED.

Dated: September 3, 2013

DEAN D. PREGERSON
United States District Judge