SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
Brianna F. Mircheff (No. 243641)
Deputy Federal Public Defender
(E-mail: Brianna_Mircheff@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-4784
Facsimile (213) 894-0081

Attorneys for Defendant
RODOLFO TRUJILLO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RODOLFO TRUJILLO,<br><br>    Defendant. | NO. CR 92-256-DDP<br><br>JOINT STIPULATION RE: PROCEDURES ON REMAND |

    Plaintiff, United States of America, by and through Assistant United States Attorney Wendy Wu, and Defendant Rodolfo Trujillo, by and through Deputy Federal Public Defender Brianna F. Mircheff, hereby submit the following stipulation

1.     On August 31, 2011, the Court denied Mr. Trujillo's Motion for Reduction of Sentence under Section 3582(c)(2). On July 2, 2013, the Ninth Circuit vacated this Court's order and remanded for further consideration, concluding that the Court procedurally erred in failing to explain its rejection of Mr. Trujillo's arguments based on the 3553(a) factors when it denied his motion.

2. On September 3, 2013, the Court issued an order that the parties either submit an agreed proposed resolution of the case, or agree to what proceedings are necessary to comport with the Ninth Circuit's decision.

3. The parties are unable to stipulate to a proposed resolution of this case. The defense continues to believe that Mr. Trujillo's sentence should be reduced under 3582(c)(2) to time served. The government continues to believe that Mr. Trujillo's sentence should not be modified.

4. The parties have already set out their position regarding the 3553(a) factors in their respective briefs and do not plan to file any additional briefing. Both parties are available for a hearing on September 23, 2013, at 3:00 p.m.

5. Mr. Trujillo's personal appearance is not required at any hearing under Section 3582(c)(2). *United States v. Lightfoot*, 626 F.3d 1092, 1093 (9th Cir. 2010). Mr. Trujillo does, however, request a prompt resolution of this matter, given that his current release date on the full-term sentence is December 9, 2018, and he is requesting a time-served sentence.

                                       Respectfully submitted,

                                       SEAN K. KENNEDY
                                       Federal Public Defender

DATED: September 11, 2013      By /s/ *Brianna F. Mircheff*
                                       Brianna F. Mircheff
                                       Deputy Federal Public Defender

                                       Respectfully submitted,

                                       ANDRÉ BIROTTE JR.
                                       United States Attorney

DATED: September 11, 2013      By /s/ *Wendy Wu (per e-mail authorization)*
                                       Wendy Wu
                                       Assistant United States Attorney